JOHN MILLER ET AL. *v.* ROSE M. BOURGOIN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 28 Conn. App. 491, is denied.

*Charles F. Brower,* in support of the petition.

*Alexander Scheirer,* in opposition.

Decided September 17, 1992

PAUL J. MARQUIS *v.* MANCHESTER
COMMUNITY COLLEGE

The plaintiff's petition for certification for appeal from the Appellate Court, 28 Conn. App. 903, is denied.

*Paul J. Marquis,* pro se, in support of the petition.

Decided September 17, 1992

CHELSEA GROTON SAVINGS BANK *v.* DOROTHY E.
GAGNON ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 907, is denied.

*Dorothy E. Gagnon,* pro se, in support of the petition.

*Jackson T. King, Jr.,* in opposition.

Decided September 17, 1992